Dr. Dariush G. Adli
Rasheed M. McWilliams
Adli Law Group P.C.
633 W. Fifth Street, Suite 6900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES J. BRADDOCK | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:12-CV-5883-DMG (VBK) |
| v. | |
| ANGELINA JOLIE, et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

JAMES J. BRADDOCK
*Name of Party*       ☑ Plaintiff   ☐ Defendant   ☐ Other

hereby requests that the Court approve the substitution of  Dr. Dariush G. Adli and Rasheed M. McWilliams
*New Attorney*

as attorney of record instead of Kelly A. Saindon, Saindon Law
*Present Attorney*

Dated   08/09/12

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   8/1/12

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   08-02-12

*Signature of New Attorney*

204959
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.