Harrison J. Dossick (SBN 128319)
Email: hdossick@reedsmith.com
Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Christine M. Neuharth (SBN 263509)
Email: cneuharth@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Angelina Jolie, GK Films, LLC
(improperly named as "GK FILMS") and
FilmDistrict Distribution, LLC
(improperly named as "FILMDISTRICT")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. BRADDOCK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANGELINA JOLIE, an individual; GK FILMS, a California corporation; FILMDISTRICT, an Illinois corporation; SCOUT FILM, a foreign corporation; and EDIN SARKIC, an individual,<br><br>　　　　　Defendant. | No.: 2:12-cv-05883-DMG-VBK<br><br>**NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF DEFENDANTS ANGELINA JOLIE, GK FILMS, LLC, AND FILMDISTRICT DISTRIBUTION, LLC'S REQUEST FOR JUDICIAL NOTICE AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　　　March 22, 2013<br>Time:　　　　9:30 a.m.<br>Place:　　　　Courtroom 7<br>Compl. Filed:　December 2, 2011<br>Trans. C.D.Cal.　July 9, 2012<br>Trial Date:　　February 12, 2014<br><br>Honorable Dolly M. Gee<br><br>[Filed concurrently with Defendants' Notice of Motion and Motion for Judgment on the Pleadings; Request for Judicial Notice; Declaration of Christine M. Neuharth in Support Thereof; and [Proposed] Order] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Angelina Jolie, GK Films, LLC (improperly named as "GK FILMS"), and FilmDistrict Distribution, LLC (improperly named as "FILMDISTRICT") (collectively, "Defendants") hereby lodge the following Exhibits in support of their Request for Judicial Notice and Motion for Judgment on the Pleadings:

**Exhibit A:** A DVD copy of Defendants' motion picture entitled *In the Land of Blood and Honey*;

**Exhibit B:** *Slamanje Duse*, a book written in the Croatian language by Plaintiff James J. Braddock;

**Exhibit C:** A certified translation of *Slamanje Duse* from Croatian to English; and

**Exhibit D:** *The Soul Shattering*, an English language version of *Slamanje Duse* published in the United States by Tate Publishing & Enterprises, LLC.

The above-referenced items are either non-paper or very lengthy paper exhibits. As such, it is impossible and/or impractical to file them electronically and, indeed, they are excluded from electronic filing pursuant to Local Rule 5-4.2(b)(1). Accordingly, they will be manually filed. *See* General Order 10-07(V).

DATED:  February 22, 2013

REED SMITH LLP

By:  /s/ Harrison J. Dossick
Harrison J. Dossick (SBN 128319)
Christine M. Neuharth (SBN 263509)
Attorneys for Defendants
Angelina Jolie; GK Films, LLC; and
FilmDistrict Distribution, LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND MOTION FOR JUDGMENT ON THE PLEADINGS