1   DARIUSH G. ADLI, SBN # 204959
     adli@adlilaw.com
2   RASHEED MCWILLIAMS, SBN # 281832
     rasheed.mcwilliams@adlilaw.com
3   ADLI LAW GROUP P.C.
     633 West Fifth Street, Suite 6900
4   Los Angeles, California 90071
     Telephone: 213-623-6546
5   Facsimile: 213-623-6554
6
7   Attorneys for Plaintiff James J. Braddock
8
9                   UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| JAMES J. BRADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>ANGELINA JOLIE, et al.,<br><br>Defendants. | Case No. 2:12 CV 05883 DMG-VBK<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS'MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Date: March 22, 2013<br>Time: 9:30 a.m.<br>Place: Courtroom 7<br><br>Compl. Filed: December 2, 2011<br>Trans. C.D.Cal. July 9, 2012<br><br>Trial Date: February 12, 2014<br>Honorable Dolly M. Gee |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# TABLE OF CONTENTS

I.   Introduction ................................................................................................. 3

II.  Factual Background ...................................................................................... 3

   A.   In the Land of Blood and Honey.............................................................. 3

   B.   Slamanje Duse ......................................................................................... 7

III. Legal Standard ............................................................................................. 10

   A.   Motion for Judgment on The Pleadings ................................................. 10

   B.   Copyright Infringement .......................................................................... 10

IV.  Argument ..................................................................................................... 11

   A.   *Slamanje Duse* is a Novel Set Within A Historical Time Period ........... 11

   B.   Plot ......................................................................................................... 12

      1.   The Similarities in Plot ...................................................................... 12

         a.   Danijel and Ajla are No Star Crossed Lovers .................................... 12

         b.   The Escape Plots ................................................................................. 14

         c.   The Rapes ............................................................................................ 15

         d.   The Revenge ........................................................................................ 15

   C.   Characters ............................................................................................... 15

         a.   The Female Protagonists ..................................................................... 16

         b.   The Male Protagonists ........................................................................ 16

         c.   The So-Called Unique Characters ...................................................... 17

   D.   Themes .................................................................................................... 18

   E.   Setting .................................................................................................... 19

   F.   Dialogue ................................................................................................. 19

   G.   Mood ...................................................................................................... 20

   H.   Pace and Sequence of Events ................................................................. 20

V.   Conclusion ................................................................................................... 21

# TABLE OF AUTHORITIES

**Cases**

*Christianson v. West Pub. Co.,* 149 F.2d 202, 203 (9th Cir. 1945) ............................................. 11

*Dworkin v. Hustler Magazine, Inc.*, 867 F.2d 1188, 1192 (9th Cir. 1989).................................. 10

*Funky Films, Inc. v. Time Warner Entm't Co., L.P.,* 462 F.3d 1072, 1076 (9th Cir. 2006) ......... 10

*Idema v. Dreamworks, Inc.*, 162 F. Supp. 2d 1129, 1178 (C.D. Cal. 2001)................................ 11

*Litchfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984) ...................................................... 12

*Narell v. Freeman,* 872 F.2d 907, 910 (9th Cir. 1989) ................................................................ 10

*Olson v. Nat'l Broad. Co., Inc.*, 855 F.2d 1446, 1450 (9th Cir. 1988)......................................... 19

*Shaw v. Lindheim*, 919 F.2d 1353, 1356 (9th Cir. 1990)............................................................. 11

*Steckman v. Hart Brewing, Inc.,* 143 F.3d 1293, 1295 (9th Cir. 1998) ....................................... 10

*Walker v. Time Life Films, Inc.,* 784 F.2d 44, 52 (2d Cir. 1986)............................................ 10-12

*Yerkovich v. MCA, Inc.,* 11 F. Supp. 2d 1167, 1171-72 (C.D. Cal. 1997)................................... 10

*Zella v. The E.W. Scripps Co., et al.,* 529 F. Supp. 2d 1124, 1131 (C.D. Cal. 2007).................. 10

## I.    Introduction

Plaintiff James J. Braddock hereby opposes the motion for judgment on the pleadings filed by Defendants on the basis that the works in dispute are substantially similar as a matter of law.  Defendants are not entitled to judgment on the pleadings because accepting the factual allegations of the Plaintiff as true, no trier of fact could find that the plaintiff cannot prove a set of facts in support of his claim which would entitle him to relief.  The Plaintiff has provided sufficient factual support in this Opposition to prove to the Court that his claims for relief are valid based on his showing that the protectable elements of the plot, characters, themes, dialogue, mood, and sequence of events in *Slamanje Duse* and *In the Land of Blood and Honey* are substantially similar.

## II.    Factual Background

### A.    In the Land of Blood and Honey[1]

*In the Land of Blood and Honey ("Blood and Honey"),* was allegedly written and directed by Angelina Jolie ("Jolie"), produced by GK Films, LLC and distributed in the United States by FilmDistrict Distribution, LLC.  *See* Compl. ¶ 20.   *Blood and Honey* is a story of the strength provided by the love for one's family that allows an individual to survive great adversity.

The story begins in 1992, as the war in Bosnia-Herzegovina is starting.  The movie starts with a panorama shot of the hills and mountains surrounding the valley where the town at the center of the story is located.  Ajla, the female protagonist, is a young, attractive, Muslim woman that lives with her sister and infant nephew in an apartment building in an urban area of the town.  Ajla and Lejla appear to be orphans as there are no older family members present in the household or shown in the movie.  Ajla is an artist who is shown painting a self-portrait at the start of the film and later reveals that she is a portrait painter with work hanging in the Sarajevo National Museum.

---

[1] This statement of facts is based on the DVD version of *In the Land of Blood and Honey*.

The male protagonist, Danijel Vukojevich, is a police officer of Serbian descent before the war and an officer in the Serbian army in charge of the town where the concentration camp is located after the war commences.  Danijel is the son of Serbian General Nebojsa Vukojevich, who is in command of the Serbian forces in the areas around Sarajevo.

Minutes into the film, Ajla and Danijel meet at a club, where they spend the night together dancing. Based on review of the deleted scene, "Danijel and Ajla Meet" in the special features portion of the DVD of *Blood and Honey* shows that it was their first time meeting and Danijel was immediately smitten with Ajla.  Without warning, a shell explodes destroying the club and announcing the arrival of the war in their town.  Four months later, after winter has come, Serbian soldiers under Danijel's command are in the process of cleansing the town.  As part of their duties, they are rounding up Muslim men in order to murder them and also taking Muslim women for rape and other purposes.  The soldiers come to the apartment building where Ajla and Lejla live and perform their duties. All of the occupants of the building are forced into the cold, where the men are taken alongside the building and executed without warning, while Ajla and several other women are taken by bus to a concentration camp located in an abandoned school situated near a forest.  As the women are transported they witness the murder of a random civilian by the Serbian army.

When Ajla and her neighbors arrive at the camp, Danijel notices her immediately.  Ajla and the others are forced to watch a soldier rape one of the women on a table in front of all the others.  Ajla is selected to be next, but Danijel intervenes to prevent her from being raped.  It is later revealed that Danijel claimed Ajla as "his property" to keep his subordinates from touching her sexually.  Ajla is not raped at the camp, but she is forced to cook, clean, and serve meals for the soldiers.

When Danijel first has Ajla brought to his room at the camp, Ajla's fear and distrust is palpable.  She initially sits on the bed expecting him to have his way with her sexually.  He goes on to reveal that his father is a Serbian General and that he ordered his subordinates not to touch her because she is "his property."  In her second encounter with Danijel at the camp, Ajla is visibly afraid as he points his rifle at her head and describes not shooting a Muslim man because

he thought about her.  During their third encounter in the camp, Danijel questions Ajla regarding basic things about herself such as "Who were you before the war?" and "What did you do?" Ajla eventually has sex with Danijel to assure her safety and her instincts prove correct because after having sex Danijel reveals that he plans to help her escape.  Danijel explains that she has to get out of the city because the war will only get worse.  Ajla asks Danijel whether the Muslim people are "[S]o terrible they should be exterminated?" to which he replies "[Y]ou are not." Danijel explains that she must go because he cannot protect her forever.  The next scene shows Ajla's fear of trying to escape.  She is faced with a classic catch-22, either staying with the devil she knows in Danijel or taking her chances on trying to escape through a city where random Muslim's are shot by snipers on a daily basis.   Faced with this choice Ajla decides to stay at the camp.  On the night she decides to stay, Ajla comforts a fellow prisoner who exclaims after an apparent brutal rape, "I pray I never see my husband again" and "He never has to know what they have done to me, I want to die."

At home, things have gone from bad to worse for Lejla's as the Serbian's have disconnected the water and power to the building.  Lejla leaves her son with a neighbor so she can sneak out to procure medicine for him from an abandoned pharmacy located nearby.  Upon her return she learns that a group of Serbian soldiers returned to the apartment building while she was gone and when her son cried, a soldier threw the baby from the window.

Danijel learns that he has been transferred to the army's headquarters in Sarajevo and informs Ajla that he will be leaving immediately. Ajla ultimately attempts to escape after Danijel is transferred to Sarajevo, but her first attempt is thwarted.  Her second attempt succeeds and a Muslim man, Tariq, who happens to know her sister, Lejla, discovers her hiding in the forest underneath a dead body.  Tariq takes Ajla to where her sister is hiding and they are joyously reunited.  The joy of this reunion is short lived because Ajla learns of the murder of her defenseless nephew by the Serbians.  After one of the Muslim's comments that he had seen a picture of Lejla hanging in the office of Danijel Vukojevich, a plan is formulated to have Ajla infiltrate the Sarajevo headquarters of the Serbian Army and use Danijel's affection to gather vital intelligence.

As part of the plan, Tariq allows his capture by the Serbians in order to get access to Danijel.  While sitting in Danijel's office, he pretends to notices the portrait painted by Ajla and mentions to Danijel that he knows the sister of the artist.  He claims to know where to find the artist and Danijel issues orders for Ajla to be brought to him.  Danijel's desire for Ajla is thus used against him when she allows herself to be captured and taken to Danijel's new residence, an abandoned mansion that serves as the headquarters of the Serbian Army in Sarajevo.  Despite the fact that she is kept guarded in a locked room, Danijel tells Ajla she is not a prisoner if "she wants to be there."  Ajla plays on Danijel's affections to gain his trust and he begins to fall deeper in love with Ajla.  The relationship is complicated by the position of Danijel's father, General Vucojevic ("the General").  Once the General learns of Danijel's relationship with Ajla, he goes to the headquarters to see how deeply his son has fallen for the Muslim woman and expresses his disapproval by having Ajla raped by one of the soldiers under Danijel's command. Danijel kills the soldier that raped Ajla and goes to confront the General. The General tells Danijel to get rid of Ajla because she cannot be trusted.  After his return to the headquarters, Danijel ties Ajla to the bed and it appears that he will rape her, but then he leaves the room. He returns with a gun and asks if they are enemies.  She reassures him as they have sex.

During the summer of 1995, Danijel dismisses his troops and takes Ajla on what appears to be a date to the same Sarajevo art museum where he took Ajla's portrait. Danijel tells Ajla he must go to the front lines for several days, but promises to send a signal that he is safe.  He informs her that all of the soldiers who survive the battle will rendezvous at the church across the street from the museum, which gives Ajla the intelligence she had been seeking.  Danijel is summoned to an urgent, meeting of the senior officers and leaves Ajla to walk back "home" alone.

At the meeting, the General informs the other officers that coalition forces led by the United States will start to attack their positions. The men drink heavily and vow to fight to the last man.  The next scenes show the Serbians on the front line getting bombed by the coalition forces.  Danijel survives the attacks and retreats to the rendezvous at the church where he sends the signal to Ajla.  As Danijel walks outside the church to smoke a cigarette, an explosion rips

through the church, injuring Danijel and presumably killing all of the soldiers inside of the church.  Danijel notices Lejla standing outside of the church and recognizing her from the portrait knows Ajla has betrayed him.

Danijel goes back to the headquarters in a rage and confronts Ajla with her betrayal.  When she does not deny her betrayal he kills her by shooting her in the head. The film ends with Danijel's surrender to UN soldiers stating repeatedly, "My name is Danijel Vukojevich. I am a criminal of war."

**B.      Slamanje Duse**[2]

*Slamanje Duse* is a novel originally published in Croatia in 2007.  Dkt. No. 1, ¶ 12, Dkt. No. 90-3 at 341, 343 (describing the book as a novel).  Although described in the Complaint as a "factual account of the tragedies suffered by Bosnian and Herzegovinian women and children during the Bosnian War," it is clearly a novel.  Compl. ¶ 12.

*Slamanje Duse* is set in the area surrounding the town of Mjesto, which is near Sarajevo in Bosnia-Herzegovina, from April 1992 through October 1992.  Dkt. No. 90-3 at 9, 305, 318.  The female protagonist, Mirna Memija, is a half Croatian and half Muslim woman married to a Muslim man, Sead, and they have three children named Tanja, Adnan, and Andreja. *Id*. at 7.  The story begins on the night Mjesto is attacked by Serbian army forces. *Id*. at 9.  While Sead goes to do his duty in defense of Mjesto, Mirna is forced to flee to the nearby forest with her children as they witness Mjesto being destroyed. *Id*. at 13-16. Mirna and the children end up at a cabin on the outskirts of Mjesto owned by Sead's Serbian friend, Predrag, and his father. *Id*. at 15-17, 35; 62.  Mirna and the children stay at the cabin for several days after discovering a large cache of munitions, military maps, and food supplies. *Id*. at 68-84.  Mirna and the children next seek a more permanent place to stay and began to travel to the next towns. *Id*. at 93-95.

As Mirna and the children began their journey, Sead leaves his post at the reservist base and begins his own journey to safety in another town. *Id*. at 79-82, 104-105. Sead also ends up at

---

[2] This description is based on the certified English translation of *Slamanje Duse*.  All references to page numbers are to the Bates numbered pages in the translation.

Predrag's cabin in the wood, but by the time he arrives, Mirna and the children have already left. *Id*. at 107.  Sead decides to hide in the attic for the night and discovers hidden munitions, maps and other supplies. *Id*. at 108-111.  After realizing that Predrag and his father were part of the forces attacking Mjesto, Sead booby-traps the cabin using mines under the crates of munitions. *Id*. at 125. After setting his traps, he leaves with enough supplies for his journey and the knowledge that the supplies will not be used against his town. *Id*. at 112, 125-126. When Predrag and his father come to remove the supplies, they set off the mines resulting in an explosion that kills Predrag's father.  *Id*. at 128-129. Predrag is not injured by the explosion and returns with the wounded soldiers to the Serbian camp in the nearby town of Chelichi. *Id*. at 129-130, 140-142.

After his departure, Sead also headed toward Chelichi. *Id*. at 136-140.  He is seriously wounded by a thief when he steals Sead's supplies. *Id*. at 167-168. Weakened from blood loss, Sead flags down a military convoy, which happens to be commanded by his former friends, Predrag and Dragan, who recognize Sead and take him to the camp hospital located in Radojevo—a village that has been converted into a makeshift camp and military headquarters. *Id*. at 169-175,187.  Sead is only treated because of his former friendship with Predrag and Dragan.  Sead's wound is severely infected so his entire hand must be amputated. *Id*. at 198-199. After Sead recovers, because he is Muslim and disabled, he is forced to collect the camp's garbage. *Id*. at 241-243, 258.

After leaving the cabin, Mirna and the children travel through the forest towards Radojevo. *Id*. at 138, 159.  When they are close to the village, they are spotted, captured by Serbian soldiers and taken to Radojevo. *Id*. at 160-166, 187.  During transport to the village, the rape of Mirna and Tanja is stopped by the officer leading the troops, Black.  *Id*. at 160-166, 187. Mirna and Sead are unaware throughout the book that they are both being held in Radojevo. *Id*. at 262, 319.  Upon her arrival in the camp, Mirna is held in a large hangar with other women, while the children are held in a warehouse with other children. *Id*. at 202, 217. Tanja is brutally beaten and raped by three Serbian soldiers, which results in her death. *Id*. at 219-220.  Mirna and the other women are repeatedly raped and beaten by the soldiers, both in the hangar and in the private homes in Radojevo. *Id*. at 211-213; 236, 247-248. After the first gang rape by the

soldiers, Mirna is cared for by an older woman who later reveals that she is Mirna's long lost mother. *Id*. at 215-216, 237-239. Emina gives Mirna the proper words of encouragement to provide her with the strength to continue after the brutality of the soldiers and dies the very same night. *Id*. at 244. The women are forced to cook, clean, serve food, and work in the surrounding. *Id*. at 227, 233, 262.

Eventually, Mirna is selected to serve as an in-house slave to Black, the camp commander, Ljuban Vujovic, and three other soldiers named Mountain, Brile, and Milorad. *Id*. at 249-250; 259; 261-262. Mountain, Brile, and Milorad beat and rape Mirna repeatedly, which soon results in Mirna becoming pregnant. *Id*. at 252-254, 272, 297, 300.

Ljuban, who is married and has children, disagrees with how the Serbians are conducting the war. *Id*. at 261-262, 274. He does not like the way innocent civilians are treated, especially the women and children. *Id*. At first, Ljuban has very little respect from his fellow soldiers, but this changes when General Radovan Karadzic visits Radojevo and embraces Ljuban as an old friend. *Id*. at 291. Ljuban's father and Karadzic were classmates in medical school. *Id*. Ljuban grows to love Mirna for her courage and strength, but his feelings for Mirna are not romantic. *Id*. at 318-319. Based on this love, Ljuban makes the decision to help Mirna and her family escape from Radojevo. *Id*. 292-293. When he realizes that Mirna is pregnant, he knows that she will be killed when she can longer work or be raped. *Id*. Ljuban realizes that helping the family escape will result in his death at the hands of the Serbians, but he can no longer take the abuse. *Id*. at 311. He puts his plan into action when he provides Sead with sufficient supplies to make it back to Mjesto and with maps to guide him through the mine fields back to his home. *Id*. at 307-308. Next, Ljuban gets Mirna and the children loaded onto a truck that he plans to drive right out of the gate of Radojevo. *Id*. at 316-318. After getting Mirna and the children far enough away, Ljuban releases them from the truck and Mirna is overwhelmed with grief upon learning that Tanja is dead. *Id*. at 317-324. Ljuban tells Mirna how to get back to Mjesto, which has been liberated. *Id*. After seeing Mirna and the children on their way home, Ljuban heads back toward the camp to accept his fate knowing that he will be killed for his actions. *Id*. at 325.

After he is intercepted by Serbian soldiers who know of his betrayal, Ljuban takes several of these soldiers out before he is killed. *Id*. at 325-327.

Mirna, Sead, and the children reunite at the site of their destroyed home, where Mirna and Sead accept each other's post-war flaws. *Id*. at 332-338. Ultimately, the family moved to New Zealand to start a new life. *Id*. at 339.

**III.   Legal Standard**

**A.   Motion for Judgment on The Pleadings**

A motion for judgment on the pleadings under FRCP 12(c) is governed by the same standard as a motion to dismiss under Rule 12(b)(6). *See Dworkin v. Hustler Magazine, Inc*., 867 F.2d 1188, 1192 (9th Cir. 1989); *see also Yerkovich v. MCA, Inc.,* 11 F. Supp. 2d 1167, 1171-72 (C.D. Cal. 1997). For the purposes of analyzing a motion for judgment on the pleadings, "[a] court must accept as true all material allegations in the complaint, as well as reasonable inferences to be drawn from them." *Zella v. The E.W. Scripps Co., et al.,* 529 F. Supp. 2d 1124, 1131 (C.D. Cal. 2007).  A motion for judgment on the pleading should only be granted when, "even if all material facts in the pleading under attack are true, the moving party is entitled to judgment as a matter of law." *See Yerkovich,* 11 F. Supp. 2d at 1172.  "[A] complaint should not be dismissed unless it appears beyond a doubt that a plaintiff can prove ***no*** set of facts in support of his claim which would entitle him to relief." *See Steckman v. Hart Brewing, Inc.,* 143 F.3d 1293, 1295 (9th Cir. 1998)(emphasis added).  The Court need not accept as true allegations that are conclusory and/or contradicted by documents referred to in the Complaint. *See Steckman,* 143 F.3d at 1295-96.  Finally, the works in question "supersede and control contrary descriptions of them" offered by the parties. *See Walker v. Time Life Films, Inc.,* 784 F.2d 44, 52 (2d Cir. 1986) ("[I]n copyright infringement cases, the works themselves supersede and control contrary descriptions of them.")

**B.   Copyright Infringement**

To prove copyright infringement in the Ninth Circuit, the plaintiff must show " (1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original." *See Funky Films, Inc. v. Time Warner Entm't Co., L.P.,* 462 F.3d 1072, 1076 (9th Cir.

2006) (internal quotations omitted).  "[A] plaintiff may establish copying by showing that the infringer had access to the work and that the two works are substantially similar." *Narell v. Freeman,* 872 F.2d 907, 910 (9th Cir. 1989).

The only matter before the Court on Defendants' motion is whether the works are substantially similar.  "The Ninth Circuit employs a two-part test for determining whether one work is substantially similar to another." *Shaw v. Lindheim*, 919 F.2d 1353, 1356 (9th Cir. 1990). "The test permits a finding of infringement only if a plaintiff proves *both* substantial similarity of general ideas under the 'extrinsic test' and substantial similarity of protectable expression of those ideas under the 'intrinsic test.'" *Id.*  The extrinsic test is an objective comparison of the "plot, themes, dialogue, mood, setting, pace and sequence" of a literary work. *Id.*, 919 F.2d at 1356-1357.  A Court employs only the extrinsic test in determining a motion for judgment on the pleadings. *See Funky Films*, 462 F.3d at 1077 ("[C]ourts apply only the extrinsic test; the intrinsic test, which examines an ordinary person's subjective impressions of the similarities between two works, is exclusively the province of the jury.").  It is well-established that "when a copyrighted work and the alleged infringement are both before the court, capable of examination and comparison, non-infringement can be determined on a motion to dismiss." *Christianson v. West Pub. Co.,* 149 F.2d 202, 203 (9th Cir. 1945).

In comparing the constituent elements of two works to determine the existence of substantial similarity, "a court must filter out any parts which are not protectable. Thus, a court must first 'separate unprotectable facts and ideas from potentially protectable expressions.'" *See Idema v. Dreamworks, Inc*., 162 F. Supp. 2d 1129, 1178 (C.D. Cal. 2001).

**IV.    Argument**

    **A.    *Slamanje Duse* is a Novel Set Within A Historical Time Period**

*Slamanje Duse* is a novel and not a purely factual account.  Dkt. No. 90-3 at 341, 343 (describing the book as a novel).  Although set in a significant historical period it is clearly a novel as described by the author and eminent literary figures.  Dkt. No. 90-3 at 341, 343 (describing the book as a novel).  The description of the novel in the Complaint does not take precedence over the description provided in the actual work.  As cited by Defendants, "in

copyright infringement cases, the works themselves supersede and control contrary descriptions of them." Dkt. 87, 13:4-5; *Walker v. Time Life Films, Inc.*, 784 F.2d 44, 52 (2nd Cir. 1986). Thus, *Slamanje Duse* is entitled to the broad protections under copyright law given to highly original literary works. *See Idema*, 162 F. Supp. 2d at 1178.

### B.   Plot

"The extrinsic test for similarity of ideas looks beyond the vague, abstracted idea of a general plot and instead 'focuses on… the objective details of the works ….'" *Litchfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984).  The inquiry centers on "the actual concrete elements that make up the total sequence of events and the relationship between the major characters" rather than "basic plot ideas." *Id.*

Despite the allegations in Paragraph 31 of the Complaint, which describe the plot of both works as "love stories," the actual plot of both *Slamanje Duse* and *Blood and Honey* is much more nuanced.  The Defendants cannot rely solely on the description of the plot in the Complaint since they admit that "[p]laintiff made these allegations before ever seeing *Blood and* Honey" and have asked the court to take judicial notice of both *Slamanje Duse* and the DVD version of *Blood and Honey*.  Dkt. 87, 17:26-27.  As cited by Defendants, "in copyright infringement cases, the works themselves supersede and control contrary descriptions of them."  Dkt. 87, 13:4-5; *Walker v. Time Life Films, Inc.*, 784 F.2d 44, 52 (2nd Cir. 1986).  The plot lines of both works are about survival by strong women against the greatest of odds.

### 1.   The Similarities in Plot

#### a.   Danijel and Ajla are No Star Crossed Lovers

Although the Defendants seek to portray the plot of *Blood and Honey* as the story of "thwarted lovers" comparable to Romeo and Juliet, the actual plot of the movie could not have been further from this description.  The plot of *Blood and Honey*, like the plot of *Slamanje Duse* is about survival in the midst of great adversity based on the power of love for one's family.  At the beginning of the film, Danijel and Ajla, have just met in the bar prior to the dancing shown in the film.  Taking a look at the "Special Features" section of the main menu where one of the deleted scenes is called "Danijel and Ajla Meet" reveals that the characters met just prior to the

dancing depicted in the final cut of the film.  There is no grand "Romeo and Juliet" romance because just prior to the bombing that separated them, Danijel and Ajla were two strangers who met in a bar.  Throughout Ajla's first two encounters with Danijel, her fear is palpable and there is clearly no love or romance involved.  The absence of a grand romance is further exemplified when Danijel questions Ajla, during their third encounter in the camp, regarding basic things about herself such as "Who were you before the war?" and "What did you do?"  Danijel does not even know Ajla so how can he be in "love" with her?

While Danijel may have been falling in love, it is clear from viewing the film that Ajla was trying to survive the camp without experiencing many of the atrocities faced by her fellow prisoners, who were raped and beaten on a daily basis, like the women in *Slamanje Duse*.  The Defendants speak of a conflicted love affair, which completely fails to account for Ajla's status as Danijel's prisoner and how he takes advantage of his position to have a woman that he desired before the war.  Dkt. No. 87, 18:2-10.  The relationship between Ajla and Danijel was not doomed "by forces beyond their control" or by "Danijel's duties as a Serbian officer and his father's nationalistic ideology and prejudices," because there was ***no*** romance as described by Defendants.  Dkt. No. 87, 18:2-10.  Ajla's actions in *Blood and Honey*, like Mirna's in *Slamanje Duse*, are clearly motivated by her love for her family and will to survive to reunite with them.  Ajla has her first sexual encounter with Danijel after a scene where a soldier abuses her while she serves dinner and Danijel does nothing to stop him.  Is this love?  It is clearly survival because she realizes she needs to get closer to Danijel so that he will be motivated to provide greater assistance to stop the abuse of the soldiers.  Ajla's instincts are proven correct when Danijel explains to her how he will help her escape through the bathroom window just ***after*** their first sexual encounter.

In the same way, although *Slamanje Duse* is also a tale involving love and survival it is not strictly love of the romantic kind.  While Mirna loves her husband Sead in a romantic way, she does not spend the book looking to rekindle the romance, instead she is faced with the fight for survival to reunite her family.  In fact, based on the daily brutality Mirna experiences at the hands of her captors, she begins to hate all men.  Dkt. No. 90-3 at 265.  The love guiding Mirna

through her ordeal is the love of a mother for her children and a wife for her husband.  It is this type of love that allows her to endure the daily rapes and beatings from her captors.  In addition, one of the male protagonist's, Ljuban Vucovic, whose surname is almost identical to that of Danijel Vukojevic from *Blood and Honey*, has a platonic love for Mirna based on his admiration of her strength in enduring immense suffering in her effort to reunite with her family. After Mirna realizes that Ljuban is trying to protect her, she begins to stick closer to him in an attempt to avoid the abuse of the other Serbian soldiers.  This relationship is one built on survival and allows Mirna brief hours of respite from the horrors of her existence, much like Ajla relationship with Danijel in *Blood and Honey*.  Dkt. No. 90-3 at 284-285.

### b.  The Escape Plots

The concept of an army commander in charge of a prison camp or even a deputy commander assisting a prisoner to escape is not an unprotectable idea, as this did not occur at all during the actual war in Bosnia-Herzegovina and is not common in war literature or films.  The reasoning and method of escape are too similar to be coincidence.  In *Slamanje Duse*, although faced with certain death if caught, Ljuban devises a plan to help Mirna and the surviving members of her family to escape the camp and return to Mjesto.  Dkt. No. 90-3 at 316-325.  He does all of this based on his love for her and his knowledge that the time when he could protect Mirna and her family from certain death was coming to an end.  Dkt. No. 90-3 at 316-325.  In the same way, after realizing he cannot "protect her forever" while helpless to stop the physical abuse of Ajla by his subordinate, Danijel devises a plan to help Ajla escape the camp and instructs her how to get her family to safety by "getting to a shelter far from the city" and "traveling during the twilight because the [Serbians] cannot see well at night."  Danijel faced the same exact death as Ljuban if caught assisting a Muslim prisoner to escape.  Thus, in both works, the male protagonist is led to risk everything based on his love for the female protagonist.

Contrary to the Defendants portrayal of the escape plots, both escapes provide salvation for the female protagonists.  Mirna's escape allows her and her family to be reunited to start their new life despite the pain caused by Tanja's murder.  Ajla's escape from the camp also allows her

to be reunited with Lejla despite the pain caused when she learns of her nephew's murder and to be free enough to decide to seek revenge against his murderers, led by Danijel.

### c.      The Rapes

Although the Defendants make light of the number of times Ajla is raped, the daily rapes in the camp occurred throughout *Blood and Honey*. Jolie simply had the other female characters raped instead of Ajla. The scene where Ajla comforts and washes off the woman next to her after her brutal rape, when the woman states "I pray I never see my husband again" and "He never has to know what they have done to me, I want to die" is virtually identical to the scene in *Slamanje Duse* after Mirna is brutally gang-raped for the first time. The women in the room with her, especially her mother Emina, gently wash her body off. Dkt. No. 90-3 at 215. In addition, throughout the rape and afterward, Mirna is thinking she cannot face her husband and that the women cannot wash off the shame. Dkt. No. 90-3 at 215.

Finally, the plot elements described by the Defendants as "key" are not essential to the plot of the actual story. They are sideline elements like residents being evicted from their apartments and the discussion of the foods missed by the surviving Muslims. These elements are not essential to the basic story in either work and should not be considered by the Court as key plot elements.

### d.      The Revenge

In both works, a bomb planted by a resistance fighter causes the death of a commanding Serbian officer. In *Slamanje Duse*, it is the death of Predrag's father at the hands of Saed and in *Blood and Honey* it is the death of the General at the hands of Lejla. Both sons also take vengence for the death of their fathers.

Based on the foregoing and accepting the allegations of the non-moving party as true, this Court should hold that the plots of the two works are substantially similar as a matter of law.

### C.      Characters

The main characters in the two works are substantially similar in almost all respects.

//

### a. The Female Protagonists

Both Mirna and Ajla are attractive, educated women of the same age group.  Ajla is 28 and Mirna is 30.  Mirna is a Croat/Muslim, married to and living within a Muslim family in Bosnia-Herzegovina, thus she would be considered a Muslim by many Serbians.  Dkt. No. 90-3 at 7.  Ajla is a Muslim woman living with her family.  Mirna is in danger when the war starts because the Serbians are killing everyone in Bosnia-Herzegovina who is not Serbian.  Dkt. No. 90-3 at 13.  Ajla's life is in danger for the same reason.  Mirna lives in Mjesto a town outside Sarajevo, which is *not* a "small agricultural town" since its new buildings mainly consisted of "the occasional office building."  Dkt. No. 87, 20:22; Dkt. No. 90-3 at 7.  Ajla also lives in a town nearly two hours outside of Sarajevo.  Mirna is almost raped just after she is captured, but the soldier in charge of her capture stops the rape.  Dkt. No. 90-3 at 176-177.  Ajla is also almost raped just after she is captured, but Danijel, who is in charge of her capture, stops the rape.  Upon arrival at the camp, Mirna and her children are served food by Ljuban.  Dkt. No. 90-3 at 189.  When Ajla arrives at the Sarajevo headquarters she is served food by Danijel.  Mirna survives all that she faces in the camp through her love for her family.  Dkt. No. 90-3 at 318-319.  Ajla survives the ordeal she faces through her love for her sister and her nephew.  Neither character experiences any internal conflict based on feelings of allegiance to their captors.  Although their lives end differently, the women are essentially the same character.

### b. The Male Protagonists

The male protagonist, Danijel, in *Blood and Honey* is a composite of the male protagonists, Sead and Ljuban, in *Slamanje Duse*.  Danijel is a young man in his thirties, who is the son of a powerful Serbian General and works as a policeman before the war.  Sead is a young man in his thirties, who works as a teacher and Army reservist before the war.  Dkt. No. 90-3 at 8-9.  Ljuban is a young Montenegrin lawyer who is drafted into the Serbian Army after the war and is the son of a powerful man in Serbia.  Dkt. No. 90-3 at 261.  Both Sead and Ljuban are soldiers.  Dkt. No. 90-3 at 8-9, 261.  Danijel is an officer in the Serbian Army who draws his power from the fact that his father is the General.  Ljuban is an officer in the Serbian Army who draws his power from the close relationship of his father to Radovan Karadzic, the political head

of the Serbian movement.  Dkt. No. 90-3 at 290-293.   Danijel is a reluctant Serbian patriot as he complains about the methods of the army to the General who questions his patriotism.  Ljuban is a reluctant Serbian patriot who disagrees with the methods used to carry out the war and war in general.  Dkt. No. 90-3 at 261-262.  Sead is a soldier who disagrees with harming civilians, but does not hesitate to harm Serbian soldiers both those attacking Mjesto and at Pedrag's hut with the mined munitions.  Dkt. No. 90-3 at 8-9, 125.  Ljuban Vujovic and Danijel Vukojevic have almost identical surnames.  Ljuban is the camp administrator and is depicted doing the office work for the command.  Dkt. No. 90-3 at 261, 273.  Danijel is shown in multiple scenes at work with a typewriter and papers on his desk.

Ljuban and Sead both love Mirna.  Dkt. No. 90-3 at 8-9, 319.  Sead loves Mirna as a man loves his wife and Ljuban loves Mirna as one who admires her strength and courage.  Dkt. No. 90-3 at 8-9, 319.  Danijel seems to have romantic love for Ajla.  Ljuban risks everything to help Mirna and her family escape captivity based on his love.  Dkt. No. 90-3 at 317-325.  Ljuban also sacrifices his love for his wife by having sexual relations with Serbian women to aid in his plans for Mirna and her family.  Dkt. No. 90-3 at 317-325.  Danijel also risks everything to try to help Mirna escape from the camp.  Danijel sacrifices the relationship with his father in his effort to help Ajla.  At the end, Ljuban surrenders to Serbian forces and accepts his fate.  Dkt. No. 90-3 at 326-327. At the end, Danijel surrenders to UN forces and accepts his fate.

Based on the foregoing and accepting the Plaintiff's allegations as true, although Danijel and the characters of Sead and Ljuban are not identical they are substantially similar as a matter of law.

### c.      The So-Called Unique Characters

The individuals described as the unique characters are useful as plot devices, but not as standalone "important" characters.  Despite Defendants assertion to the contrary none of the characters they describe are actually important to the plot other than as plot devices to advance the story.  For instance, Lejla and her son are parallels to Mirna's family in providing the strength that allows the female protagonist to fight to survive.  The character of Milica in *Slamanje Duse* is a plot device used to tell the story of Mirna's abandonment and to set up the

meeting between Mirna and Emina in the camp.  Dkt. No. 90-3 at 39-55.  Emina's role is to comfort Mirna in the camp after her brutal gang rape and to provide words of strength to allow her to survive despite Emina's death.  Dkt. No. 90-3 at 239-240.  In *Blood and Honey* the role provided by Emina is mirrored by Ajla's care for the young girl who sleeps next to her in the camp.  She not only provides comfort after her brutal rape, but she also advises her how to escape the camp so she can survive after Ajla is gone from the camp.  The General and Ljuban's father have parallel roles as the source of strength for the male protagonist to be civil to a prisoner in the camp.  Danijel's actions are whispered about, but not questioned because of the General.  Ljuban's actions towards Mirna are also not questioned based on his father's relationship with Karadzic.  Dkt. No. 90-3 at 290-293.  Sead is an important character and the parallels between him and Danijel are described above.

Based on the foregoing and accepting the allegations of the non-moving party as true, this Court should hold that the characters in the two works are substantially similar as a matter of law.

### D.      Themes

The themes expressed in the two works are substantially similar as a matter of law.  As described above, the works tell very similar stories.  Prominent themes in both works include survival, family and acceptance.  The survival and family themes are expressed in Mirna's actions and thoughts throughout *Slamanje Duse*, where each move is calculated to get her back to her family.  Dkt. No. 90-3.  These themes are also expressed in *Blood and Honey* by Ajla's actions in the camp to get Danijel's help to survive and return to her family.  The theme of acceptance is expressed when Mirna and Sead reunite and accept one another as they are post-war, a pregnancy for Mirna and a disability for Sead.  Dkt. No. 90-3 at 336-339.  The theme of acceptance is expressed in *Blood and Honey* with Ajla's acceptance of the need for her to return to captivity with Danijel in order to get justice for her murdered nephew and her people.  In both works, the same themes are expressed, thus based on the foregoing, this Court should hold that the themes of the works are substantially similar as a matter of law.

//

### E.      Setting

*Blood and Honey* and *Slamanje Duse* have virtually identical settings.  Both works open with a panorama showing and/or describing the beauty of the land in Bosnia-Herzegovina.  Dkt. No. 90-3 at 7.  Both works are set in towns in mountain valleys outside of Sarajevo.  Dkt. No. 90-3 at 7.  Ajla lives in an apartment within walking distance of the town's downtown area.  Mirna and her family live in a house within walking distance of the town's downtown area.  Dkt. No. 90-3 at 7-10.

The camps in both works are also very similar.  Contrary to the Defendants' assertion, the camp in *Slamanje Duse* did not encompass the entire village of Radojevo.  Dkt. No. 87, 23:21-22.  Radojevo was both the headquarters for the Serbian Army and a camp.  Dkt. No. 90-3 at 175.  The camp complex was situated in industrial buildings on the outskirts of the center of the village and the women were kept in a large hangar.  Dkt. No. 90-3 at 202.  The description of the camp in *Slamanje Duse* is identical to the camp depicted in *Blood and Honey*, where the women are kept in a large building on the outskirts of a town.  In both works the camps include mattresses on the floor for the women, a common wash trough, the women being forced to work to cook, clean and serve the Serbian soldiers and constant rape of the prisoners.  Dkt. No. 90-3 at 202-205.  The women serving food to the Serbian soldiers was not common during the actual war in Bosnia.  Based on the daily abuse of the women they could not be trusted to prepare and serve the food to the soldiers.  In both works there is only one main setting, although both works include other settings, they are mere plot devices to get to the main settings, which are the camps where the prisoners of the Serbian Army are held.

This Court should hold that the settings are substantially similar as a matter of law.

### F.      Dialogue

As stated by the Defendants, "similarity of dialogue [is] needed to support a claim of substantial similarity."  *Olson v. Nat'l Broad. Co., Inc.*, 855 F.2d 1446, 1450 (9th Cir. 1988).  In these works there is a definite similarity of dialogue including at least two sequences that are virtually identical.  Mirna asks Black the camp commander, "Why am I imprisoned?" and Ajla asks Danijel, "Am I a prisoner?"  In addition, as described above, the sequence of Mirna and the

woman Ajla helps wishing to never see their husbands again because of the shame are

substantially similar.  Accepting the factual allegations of the Plaintiff as true, this Court should

hold that the dialogue in the two works is substantially similar as a matter of law.

### G.    Mood

The mood of both works are substantially similar.  The Defendants admit that the

mood of *Blood and Honey* is overwhelmingly tragic.  Dkt. No. 87, 24:22-23.  The tragic

circumstances are expressed by the senseless killing and abuse of "[c]ountless innocent people.

Dkt. No. 87, 24:22-25.  *Slamanje Duse* is tragic for exact same reasons.  From the start of the

novel until the last few pages, countless innocent people are murdered, raped and beaten by the

Serbians. Dkt. No. 90-3.  Contrary to the Defendants assertions, *Slamanje Duse* does not switch

to a mood of hope and joy until Mirna and her family are reunited in the very last pages of the

novel, which is paralled in *Blood and Honey* by the reunion of Ajla and Lejla.  Dkt. No. 90-3 at

335-339.

### H.    Pace and Sequence of Events

The pace of the works are different based on the length of time involved in *Blood and*

*Honey*, however the sequence of events are virtually identical.  Both works opens with a

panorama of the countryside surrounding the town.  The next scene in both works involved the

coming of the war through an attack on the town where the protagonists live.  After the attack,

each of the male protagonists go to war at night.  Both female protagonists pack their things in

preparation to evacuate, but their plans are thwarted by their capture.  After capture, both women

are saved from rape by a commanding officer.  Both women ask their captors are they prisoners.

While mass rapes were common during the Bosnian war, the particular expression of the

rape scenes were developed completely by the author of *Slamanje Duse*, thus where *Blood and*

*Honey* has virtually identical scenes, it is unbelievable that Jolie did not copy the work.  The

description of the hangar where the women are kept in *Slamanje Duse* is virtually identical to the

room where Ajla is kept in *Blood and Honey*.  Mirna's first days at the camp are filled with her

rape and the rape of other women in the hangar, including the rape of a woman as Mirna is lying

on a mattress afraid to look at the Serbian soldiers taking a woman away.  Ajla has the same

exact experience where she is laying on her mattress facing away from a young begging woman

is dragged kicking and screaming away by the soldiers.  After her brutal gang rape, Mirna is

comforted by and receives words of wisdom from Emina, who sleeps on the mat next to her.

Ajla provides comfort and advice to the young woman who sleeps on the mat next to her after a

particularly brutal rape.  There is an identical scene in both works of the women washing from a

common water trough, which even in extreme circumstances is uncommon for Muslim women.

High-ranking officers at the camp take an interest in both female protagonists.  The women

recognizing how this interest can help them began to draw closer to the men.  The men are both

essentially powerless, but for the existence of their powerful father.  Both men plan to help the

women escape after realizing that they will not be able to protect them.  The commanders of the

camp in both works are transferred out.  Danijel and Ljuban both drive a truck containing the

female protagonist, which is a complete creation of the author in *Slamanje Duse*.  The officers do

not drive the transport vehicles in any modern army.  At the end of both works, Ljuban and

Danijel kill the rapists of the female protagonists.

**V.    Conclusion**

For the reasons set forth above, this action should not be dismissed as a matter of law

because accepting the factual allegations of the Plaintiff as true, no finder of fact would

reasonably conclude based on a comparison of the works in question that the protectable

elements of each are not substantially similar.

**/s/ Rasheed McWilliams**
Dariush G. Adli
Rasheed M. McWilliams
Adli Law Group P.C.
Attorneys for Plaintiff James J. Braddock

## <u>PROOF OF SERVICE</u>

I am over eighteen (18) years of age, employed in the County of Los Angeles, and not a party to this action.  My business address is 633 West Fifth Street, Suite 6900, Los Angeles, California 90071.

I hereby certify that on March 6, 2013, I served the following documents on all counsel of record via this California Central District Court's ECF system:

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'MOTION FOR JUDGMENT ON THE PLEADINGS**

I declare, under penalty of perjury under the laws of the State of the United States, that the foregoing is true and correct.  Executed on March 6, 2013, at Los Angeles, California.


                                        /s/ Anabel Rodriguez
                                        Anabel Rodriguez