JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. BRADDOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELINA JOLIE, GK FILMS, FILMDISTRICT, SCOUT FILM, and EDIN SARKIC,<br><br>　　　　　Defendants. | Case No. CV 12-05883 DMG (VBKx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's March 29, 2013 Order granting Defendants' Motion for Judgment on the Pleadings, and the Court's April 22, 2013 order dismissing all claims against Defendants Edin Sarkic and Scout Film without prejudice,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants and against Plaintiff James J. Braddock, who shall take nothing.

DATED: April 22, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-